UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERRY A. TAYLOR,

      Plaintiff,           CIVIL ACTION NO. 05-CV-40014-FL

vs.                       DISTRICT JUDGE PAUL V. GADOLA

UNUM PROVIDENT CORP.,     MAGISTRATE JUDGE MONA K. MAJZOUB

      Defendant.
_____/

**AMENDED ORDER GRANTING PLAINTIFF'S MOTION
FOR FIRST ADJOURNMENT OF TRIAL DATE**

On November 1, 2005, Plaintiff filed a Motion to for First Adjournment of Trial Date. Plaintiff requests an adjournment because a key witness cannot testify or be deposed before the currently scheduled trial date. Plaintiff's Motion is unopposed.

Plaintiff's Motion is **GRANTED**.

The proposed joint final pretrial order must be filed by **February 23, 2006**. The joint final pretrial conference in this matter shall be held on **March 02, 2006 at 3:00 p.m.**. Trial shall commence on **March 06, 2006**. This is a jury trial. This Court uses a trailing trial docket and it is the responsibility of counsel to maintain communication with the Court's Deputy Clerk to ascertain the position of the case on the Court's trial docket.

    **IT IS SO ORDERED.**

**Notice to Parties Regarding Objections**

Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of ten days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. 636(b)(1).

Dated: December 21, 2005                    s/ Mona K. Majzoub
                                            MONA K. MAJZOUB
                                            UNITED STATES MAGISTRATE JUDGE


**Proof of Service**

I hereby certify that a copy of this Amended Order was served upon Counsel of Record on this date.

Dated: December 21, 2005                    s/ Lisa C. Bartlett
                                            Courtroom Deputy